THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK GAGLIO, Appellant, Impleaded with Others,— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ANNA DEXT, as Administratrix, etc., of HELEN DEXT, Deceased, Respondent, v. HAMILTON CARR, Appellant, Impleaded with Others. MARGARET GORMLEY, as Administratrix, etc., of THOMAS GORMLEY, Deceased, Respondent, v. HAMILTON CARR, Appellant, Impleaded with Others.— Order reversed, with costs and disbursements to the appellant, and the verdict reinstated. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of ROBERT LANG, Petitioner, for an Order of this Court Confirming an Award Made in Arbitration between ROBERT LANG, Respondent, and THE WEYGADT MILLS, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of SYLVIA CHINITZ, Respondent, to Compel the Payment to Her of a Certain Sum of Money by SADIE ROSENBERG and THE IRVING TRUST COMPANY, as Executors and Trustees under the Last Will and Testament of HERMAN ROTH, Deceased, Appellants.— Decree affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [154 Misc. 5.]

In the Matter of the Application of BLANCHE ROTH, Respondent, to Compel the Payment to Her of a Certain Sum of Money by SADIE ROSENBERG and THE IRVING TRUST COMPANY, as Executors and Trustees under the Last Will and Testament of HERMAN ROTH, Deceased, Appellants.— Decree affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O Malley and Untermyer, JJ.

VICTORIA ISLER HEDDENDORF, Appellant, v. WILLIAM H. HEDDENDORF, Respondent.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of HARRIETT ASINOFF, Respondent, v. JEROME WOLFMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GRACE W. VALENTINE, Respondent, v. IRA HAUPT and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order upon payment of said costs and the ten dollars costs awarded at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

SIERKS, LANE & SIERKS OIL CO., INC., Appellant, v. HARRISON B. FREEMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ERNA BOHLJE, Respondent, v. GUSTAVE KALLMAN, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

LOUIS D. DANZIS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as